Deacon A. Ladasz, Bar No. 204871
LAW OFFICES OF DEACON A. LADASZ
9070 Irvine Center Drive, Suite 125
Irvine, CA 92618
Telephone:     949.783.5932
Facsimile:      949.783.5933

Attorneys for Plaintiff
GUILLERMO GUERRERO

MICHAEL E. BREWER, Bar No. 177912
ALEXA L. WOERNER, Bar No. 267609
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Blvd, Suite 600
Walnut Creek, CA 94597
Telephone:     925.932.2468
Facsimile:      925.946.9809
Email: mbrewer@littler.com
          awoerner@littler.com

Attorneys for Defendant
MARTEN TRANSPORT, LTD.

JS-6

FILED
CLERK, U.S. DISTRICT COURT

MAR 28 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO GUERRERO, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>MARTEN TRANSPORT, LTD, and DOES 1 to 50, Inclusive,<br><br>Defendant. | Case No. 5:12-cv-00386-MWF-DTB<br>AND ORDER<br>**STIPULATION OF COUNSEL FOR DISMISSAL WITH PREJUDICE**<br><br>Judge: Michael W. Fitzgerald<br>Complaint Filed:   November 17, 2011<br>Trial Date:   June 18, 2013 |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff Guillermo Guerrero, and Defendant Marten Transport, Ltd., by and through their respective attorneys of record, that the above referenced action, and all causes of action and all claims asserted therein, be, and are hereby, dismissed with

Case No. 5:12-cv-00386-MWF-DTB                    STIPULATION OF COUNSEL FOR
                                                  DISMISSAL WITH PREJUDICE

1  prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties further stipulate that
2  each party shall bear his, her, or its own costs, including attorneys' fees.
3      IT IS SO STIPULATED:
4
5  Dated: March 26, 2013

    LITTLER MENDELSON
    A Professional Corporation

    /s/ Michael E. Brewer

    MICHAEL E. BREWER
    ALEXA L. WOERNER
    LITTLER MENDELSON, P.C.
    A Professional Corporation
    Attorneys for Defendant
    MARTEN TRANSPORT, LTD.

Dated: March 26, 2013

    LAW OFFICES OF DEACON A. LADASZ

    /s/ Deacon A. Ladasz

    DEACON A LADASZ
    Law Offices of Deacon A. Ladasz
    Attorneys for Plaintiff
    Guillermo Guerrero

IT IS SO ORDERED.
DATED: March 28, 2013

_____
UNITED STATES DISTRICT JUDGE

Firmwide:119319252.1 059451.1025

Case No. 5:12-cv-00386-MWF-DTB     2.

STIPULATION OF COUNSEL FOR