Deacon A. Ladasz, Bar No. 204871
LAW OFFICES OF DEACON A. LADASZ
9070 Irvine Center Drive, Suite 125
Irvine, CA 92618
Telephone: 949.783.5932
Facsimile: 949.783.5933

Attorneys for Plaintiff
GUILLERMO GUERRERO

MICHAEL E. BREWER, Bar No. 177912
ALEXA L. WOERNER, Bar No. 267609
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Blvd, Suite 600
Walnut Creek, CA 94597
Telephone: 925.932.2468
Facsimile: 925.946.9809
Email: mbrewer@littler.com
       awoerner@littler.com

Attorneys for Defendant
MARTEN TRANSPORT, LTD.

JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAR 28 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO GUERRERO, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>MARTEN TRANSPORT, LTD, and DOES 1 to 50, Inclusive,<br><br>Defendant. | Case No. 5:12-cv-00386-MWF-DTB<br><br>STIPULATION OF COUNSEL FOR DISMISSAL WITH PREJUDICE *AND ORDER*<br><br>Judge: Michael W. Fitzgerald<br>Complaint Filed: November 17, 2011<br>Trial Date: June 18, 2013 |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff Guillermo Guerrero, and Defendant Marten Transport, Ltd., by and through their respective attorneys of record, that the above referenced action, and all causes of action and all claims asserted therein, be, and are hereby, dismissed with

prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties further stipulate that each party shall bear his, her, or its own costs, including attorneys' fees.

IT IS SO STIPULATED:

Dated: March __, 2013

LITTLER MENDELSON
A Professional Corporation

_____
MICHAEL E. BREWER
ALEXA L. WOERNER
LITTLER MENDELSON, P.C.
A Professional Corporation
Attorneys for Defendant
MARTEN TRANSPORT, LTD.

Dated: March __, 2013

LAW OFFICES OF DEACON A. LADASZ

_____
DEACON A LADASZ
Law Offices of Deacon A. Ladasz
Attorneys for Plaintiff
Guillermo Guerrero

IT IS SO ORDERED.
DATED: _____
_____
UNITED STATES DISTRICT JUDGE

Firmwide:119319252.1 059451.1025

Case No. 5:12-cv-00386-MWF-DTB     2.

STIPULATION OF COUNSEL FOR